UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO BARAJAS,<br>　　　　Plaintiff,<br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No.: CV-14-04720-GW (MAN)<br><br>**JUDGMENT OF REMAND** |

　　Based upon the Order For Voluntary Remand Pursuant To Sentence Six of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Motion for Remand.

DATED: August 27, 2014　　　　_Margaret A. Nagle_

　　　　　　　　　　　　　　　　MARGARET A. NAGLE
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE