**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JULIO BARAJAS, <br><br> Plaintiff <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No: 2:14-cv-04720-GW-MAN <br><br> **JUDGMENT OF REMAND** |

The Court having approved the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g), Judgment is entered in accordance with the Order For Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g).

DATE: January 28, 2015

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

-1-